AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Ocala Division

Jesus Beaton-Paez

*Petitioner*

v.

Warden J. Gunther,

*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. 5:23-cv-122-SPC-PRL
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Jesus Beaton Paez
   (b) Other names you have used: NONE
2. Place of confinement: Federal Correctional Low Coleman, FL
   (a) Name of institution: Coleman, Low
   (b) Address: Federal Correctional Complex Low P.O. Box 1031 Coleman FL 33521
   (c) Your identification number: 38670-018
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Florida, Middle District.
   (b) Docket number of criminal case: 8:99-CR-358-SCB-MAP
   (c) Date of sentencing: 04/28/2000
   ☐ Being held on an immigration charge
   ☒ Other (explain): Supervised Rel. Viol. Committed 11/07/2022

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

BEATON-PAEZ, JESUS 38670018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❐ Pretrial detention

❐ Immigration detention

❐ Detainer

❐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
  maximum or improperly calculated under the sentencing guidelines)

❐ Disciplinary proceedings

☒ Other *(explain):* i'M a supervised release violator, when I was originally locked up I was recieving 47 days good time, Now BOP gives The Full 54 days good time, retroactive. In owed goodtime

6.   Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:

Federal Correctional Low  BOP

(b) Docket number, case number, or opinion number:

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

BOP say it is Not retroactive to previously served sentences.

(d) Date of the decision or action:  01/24/2023

## Your Earlier Challenges of the Decision or Action

7.   **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes              ❐ No

(a) If "Yes," provide:  BOP Records

(1) Name of the authority, agency, or court:  BOP Records

(2) Date of filing:  12/04/2022

(3) Docket number, case number, or opinion number:  Exhibit # 1

(4) Result:  N/A

(5) Date of result:  N/A

(6) Issues raised:  N/A

(b) If you answered "No," explain why you did not appeal:

8.   **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes              ❐ No

BENTON-PAEZ, JESUS 38670018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

  (1) Name of the authority, agency, or court: **BOP Case Management coordinator**

  (2) Date of filing: **12/04/2022**

  (3) Docket number, case number, or opinion number: **Exhibit # 2**

  (4) Result: **BOP say it is NOT retroactive**

  (5) Date of result: **01/24/2023**

  (6) Issues raised:

**BOP owed some goodtime. On December 21, 2018, The President signed the First Step Act of 2018 into law. See FSA Public Law 115-391**

(b) If you answered "No," explain why you did not file a second appeal:


9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☒ Yes    ☐ No

   (a) If "Yes," provide: **BOP**

     (1) Name of the authority, agency, or court: **Warden Low**

     (2) Date of filing: **01/10/2023**

     (3) Docket number, case number, or opinion number: **Exhibit # 3**

     (4) Result: **N/A**

     (5) Date of result: **N/A**

     (6) Issues raised:

     **Please see Exhibit #4**




   (b) If you answered "No," explain why you did not file a third appeal:




10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes          ☒ No

    If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

      ☐ Yes          ☒ No

BEATON-PAEZ, JESUS 38670018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                    ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11.    **Appeals of immigration proceedings**
Does this case concern immigration proceedings?

☐ Yes                    ☒ No

If "Yes," provide:
(a)    Date you were taken into immigration custody:
(b)    Date of the removal or reinstatement order:
(c)    Did you file an appeal with the Board of Immigration Appeals?
☐ Yes                    ☒ No

BEATON-PAEZ, JESUS 38670018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

       If "Yes," provide:

       (1) Date of filing:

       (2) Case number:

       (3) Result:

       (4) Date of result:

       (5) Issues raised:

    (d)    Did you appeal the decision to the United States Court of Appeals?

       ☐ Yes           ☒ No

       If "Yes," provide:

       (1) Name of court:

       (2) Date of filing:

       (3) Case number:

       (4) Result:

       (5) Date of result:

       (6) Issues raised:

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes           ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

BEATON-PAEZ, JESUS 38670018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

- GROUND ONE: I thing the BOP miscalculated my sentence and properly award good time credit. The President signed the First Step Act retroactive and now BOP gives The Full 54 days and I was recieving 47 days good time.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☒ No

GROUND TWO:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☒ No

GROUND THREE:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☒ No

BEATON-PAEZ, JESUS 38670018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☒ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15.  State exactly what you want the court to do: I Thing the Bureau of Prisons Miscalculated My sentence and Failed to properly award good time credit. On December 21, 2018 The President signed the First Step Act of 2018 into law. Please see FSA Public Law. Thank you.

I would like the court to award the good time credit to my sentence.

BEATON PAEZ, JESUS 38670018

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

02/15/2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 02/15/2023

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

BEATON-PAEZ, JESUS  38670018

TRULINCS 38670018 - BEATON-PAEZ, JESUS - Unit: COL-B-D

--------------------------------------------------------------------------------------------------------

FROM: 38670018
TO: U.S. Sentencing Commission
SUBJECT: ***Request to Staff*** BEATON-PAEZ, JESUS, Reg# 38670018, COL-B-D
DATE: 02/14/2023 07:17:19 AM

To: attention
Inmate Work Assignment: n/a

Please I would like some help with this case. Thank you.
-----Case Management Coordinator  on 1/24/2023 2:32 PM wrote:

>

It is not retroactive to previously served sentences.

From: ~^! BEATON-PAEZ, ~^!JESUS <38670018@inmatemessage.com>
Sent: Wednesday, December 28, 2022 7:23 PM
Subject: ***Request to Staff*** BEATON-PAEZ, JESUS, Reg# 38670018, COL-B-D

Exhibit #1

To: Case Management
Inmate Work Assignment: A&O

Please I would like your help in this case. Thank you.
-----BEATON-PAEZ, JESUS on 12/4/2022 4:54 PM wrote:

>

Hi,im a supervised release violator. when i was originally locked up i was recieving 47 days goodtime (gct) now that the BOP gives the full 54days goodtime (gct) based off of the length of the sentence my sentence need to be computated again. im owed some goodtime days as i done a substantial amount of time recieving 47 days anually which should've been 54days.

TRULINCS  38670018 - BEATON-PAEZ, JESUS - Unit: COL-B-D

--------------------------------------------------------------------------------------

FROM: 38670018
TO: Case Management Coordinator
SUBJECT: ***Request to Staff*** BEATON-PAEZ, JESUS, Reg# 38670018, COL-B-D
DATE: 01/25/2023 10:19:17 AM

To: case managemnt
Inmate Work Assignment: n/a

Thank you for your help.
-----Case Management Coordinator  on 1/24/2023 2:32 PM wrote:

>
It is not retroactive to previously served sentences.

From: ~^! BEATON-PAEZ, ~^!JESUS <38670018@inmatemessage.com>
Sent: Wednesday, December 28, 2022 7:23 PM
Subject: ***Request to Staff*** BEATON-PAEZ, JESUS, Reg# 38670018, COL-B-D

To: Case Management
Inmate Work Assignment: A&O

Please I would like your help in this case. Thank you.
-----BEATON-PAEZ, JESUS on 12/4/2022 4:54 PM wrote:

>

Hi,im a supervised release violator. when i was originally locked up i was recieving 47 days goodtime (gct) now that the BOP gives the full 54days goodtime (gct) based off of the length of the sentence my sentence need to be computated again. im owed some goodtime days as i done a substantial amount of time recieving 47 days anually which should've been 54days.

EXhibit #2

TRULINCS 38670018 - BEATON-PAEZ, JESUS - Unit: COL-B-D

-------------------------------------------------------------------------------------

FROM: 38670018
TO: Warden LOW
SUBJECT: ***Request to Staff*** BEATON-PAEZ, JESUS, Reg# 38670018, COL-B-D
DATE: 01/10/2023 12:13:32 PM

$EXhibit \#3$

To: Warden
Inmate Work Assignment: A&O

-----BEATON-PAEZ, JESUS on 12/28/2022 2:23 PM wrote:

>

Please I would like your help in this case. Thank you.
-----BEATON-PAEZ, JESUS on 12/4/2022 4:54 PM wrote:

$EXhibit \#4$

>

Hi,im a supervised release violator. when i was originally locked up i was recieving 47 days goodtime (gct) now that the BOP gives the full 54days goodtime (gct) based off of the length of the sentence my sentence need to be computated again. im owed some goodtime days as i done a substantial amount of time recieving 47 days anually which should've been 54days.

TRULINCS 38670018 - BEATON-PAEZ, JESUS - Unit: COL-B-D

---------------------------------------------------------------------------------------------------

FROM: Case Management Coordinator
TO: 38670018
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/24/2023 02:32:02 PM

It is not retroactive to previously served sentences.

From: ~^! BEATON-PAEZ, ~^!JESUS <38670018@inmatemessage.com>
Sent: Wednesday, December 28, 2022 7:23 PM
Subject: ***Request to Staff*** BEATON-PAEZ, JESUS, Reg# 38670018, COL-B-D

To: Case Management
Inmate Work Assignment: A&O

Please I would like your help in this case. Thank you.
-----BEATON-PAEZ, JESUS on 12/4/2022 4:54 PM wrote:

>

Hi,im a supervised release violator. when i was originally locked up i was recieving 47 days goodtime (gct) now that the BOP gives the full 54days goodtime (gct) based off of the length of the sentence my sentence need to be computated again. im owed some goodtime days as i done a substantial amount of time recieving 47 days anually which should've been 54days.